**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| WILLIAM A NIESE, et al.,<br><br>Plaintiffs,<br><br>vs.<br>A.G. EDWARDS, INC., *et al.,*<br><br>Defendants. | C.A. No. 11-583-GMS |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1) and the terms, conditions and limitations of a stipulation between the parties herewith, Plaintiffs, 189 retirees of Times Mirror and or one or more affiliated entities, hereby dismiss this action without prejudice solely against Defendant Janney Montgomery Scott LLC.

October 14, 2011
Wilmington, Delaware

**Hiller & Arban, LLC**
By: /s/ Brian Arban
1500 North French Street, 2nd Floor
Wilmington, Delaware 19801
Tel.: (302) 442-7677
Email: ahiller@hillerarban.com
Email: barban@hillerarban.com

**Teitelbaum & Baskin, LLP**
1 Barker Avenue Third Floor
White Plains, New York 10601
Tel.: (914) 437-7670
Email: jteitelbaum@tblawllp.com
Attorneys for Plaintiffs