IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

WILLIAM A. NIESE, *et al.*,

    Plaintiffs,

vs.

A.G. EDWARDS, INC., *et al.*,

    Defendants.

Case No. 11-CV-00583-(GMS)

## SECOND STIPULATION MODIFYING AND EXTENDING CERTAIN DEFENDANT'S TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

**WHEREAS**, Plaintiffs, 187 individual retirees and creditors of The Times Mirror Company, the Tribune Company ("**Tribune**") and/or one or more of 110 affiliates or subsidiaries of the Tribune Company (the "**Retiree Plaintiffs**") and Defendant E*TRADE Clearing LLC (the "**Stipulating Defendant**"), by and through their under signed counsel, executed that certain Stipulation Extending Certain Defendant's Time to Answer or Otherwise Respond to Complaint until December 1, 2011 (the "**First Stipulation**");

**WHEREAS**, pursuant to the terms of the First Stipulation, the time for the Stipulating Defendant(s) to answer or otherwise respond to the Complaint was extended to, through and including December 1, 2011;

**WHEREAS**, the Retiree Plaintiffs and the Stipulating Defendant wish to further extend the time for the Stipulating Defendant to answer or otherwise respond to the Complaint.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT:**

1. Each of the WHEREAS clauses above is incorporated herein by reference as if fully set forth herein.

2. All of the provisions of the First Stipulation are incorporated herein by reference, except as otherwise expressly modified herein.

3. Retiree Plaintiffs and Stipulating Defendant hereby agree that the time for Stipulating Defendant to answer or otherwise respond to the Complaint is extended to, through and including **February 15, 2012**, subject to (x) any further order of this Court, or (y) should this action be granted "tag along status" by an order of the Judicial Panel on Multidistrict Litigation ("**JPMDL**") in connection with the MDL Proceeding captioned *In re Tribune Fraudulent Conveyance Litigation* ("**MDL No. 2296**"), then any order of the JPMDL.

4. A copy or facsimile of this Stipulation shall be deemed an original for all purposes.

[Signature Block On Next Page]

| | |
|---|---|
| HILLER & ARBAN, LLC | COOLEY LLP |
| /s/ Adam Hiller | /s/ Douglas P. Lobel |
| Adam Hiller (DE No. 4105) | Douglas P. Lobel |
| Brian Arban (DE No. 4511) | 11951 Freedom Drive |
| 1500 North French Street, 2nd Floor | Reston, Virginia 20190 |
| Wilmington, Delaware 19801 | 703-456-8000 telephone |
| (302) 442-7676 telephone | 703-456-8100 facsimile |
| ahiller@hillerarban.com | dlobel@cooley.com |
| barban@hillerarban.com | |

-and-

Jay Teitelbaum, Esquire
Teitelbaum & Baskin, LLP
1 Barker Avenue Third Floor
White Plains, New York 10601
Tel.: (914) 437-7670
Email: jteitelbaum@tblawllp.com

*Attorneys for Plaintiffs*

*Attorneys for E*TRADE Clearing LLC*

IT IS SO ORDERED.

Dated:_____, 2011
     Wilmington, Delaware

_____
HONORABLE GREGORY M. SLEET
Chief Judge, United States District Court
for the District of Delaware