IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM A. NIESE, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> A.G. EDWARDS, INC., *et al.*, <br><br> Defendants. | Case No. 11-CV-00583-(GMS) |

## SECOND STIPULATION MODIFYING AND EXTENDING CERTAIN DEFENDANT'S TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

**WHEREAS**, Plaintiffs, 187 individual retirees and creditors of The Times Mirror Company, the Tribune Company ("**Tribune**") and/or one or more of 110 affiliates or subsidiaries of the Tribune Company (the "**Retiree Plaintiffs**") and Defendant(s) BMO Nesbitt Burns Employee Co-Investment Fund I (U.S.), L.P.; BMO Nesbitt Burns U.S. Blocker Inc.; Deutsche Bank Securities Inc.; PNC Bank, National Association f/k/a PNC Bank, Delaware; RBC Capital Markets Arbitrage, LLC; State Street Global Advisors, Inc.; UBS Global Asset Management (US) Inc.; UBS Global Asset Management (Americas) Inc.; UBS Securities LLC; and US Bancorp Investments, Inc. (the "**Stipulating Defendant(s)**"), by and through their undersigned counsel, executed that certain Stipulation Extending Certain Defendant's Time to Answer or Otherwise Respond to Complaint, dated September 19, 2011 (ECF Docket No. 8) (the "**First Stipulation**");

**WHEREAS**, pursuant to the terms of the First Stipulation, the time for the Stipulating Defendant(s) to answer or otherwise respond to the Complaint was extended to, through and including December 1, 2011;

WHEREAS, the Retiree Plaintiffs and the Stipulating Defendant(s) wish to further extend the time for the Stipulating Defendant(s) to answer or otherwise respond to the Complaint.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT:**

1. Each of the WHEREAS clauses above is incorporated herein by reference as if fully set forth herein.

2. All of the provisions of the First Stipulation are incorporated herein by reference, except as otherwise expressly modified herein.

3. Retiree Plaintiffs and Stipulating Defendant(s) hereby agree that the time for Stipulating Defendant(s) to answer or otherwise respond to the Complaint is extended to, through and including **February 15, 2012**, subject to (a) any further order of this Court, or (b) should this action be granted "tag along status" by an order of the Judicial Panel on Multidistrict Litigation ("**JPMDL**") in connection with the MDL Proceeding captioned *In re Tribune Fraudulent Conveyance Litigation* ("**MDL No. 2296**"), then any order of the JPMDL.

4. A copy or facsimile of this Stipulation shall be deemed an original for all purposes.

[Signature Block On Next Page]

| | |
|---|---|
| HILLER & ARBAN, LLC<br><br>/s/ Brian Arban<br>Adam Hiller (DE No. 4105)<br>Brian Arban (DE No. 4511)<br>1500 North French Street, 2nd Floor<br>Wilmington, Delaware 19801<br>(302) 442-7676 telephone<br>ahiller@hillerarban.com<br>barban@hillerarban.com<br><br>-and-<br><br>Jay Teitelbaum, Esquire<br>Teitelbaum & Baskin, LLP<br>1 Barker Avenue Third Floor<br>White Plains, New York 10601<br>Tel.: (914) 437-7670<br>Email: jteitelbaum@tblawllp.com<br><br>*Attorneys for Plaintiffs* | MILBANK, TWEED, HADLEY & MCCLOY LLP<br><br>By: /s/ Alan J. Stone   w/ permission of Alan Stone<br>Alan J. Stone<br>1 Chase Manhattan Plaza, 46th Floor<br>New York, New York 10005<br>Telephone: (212) 530-5285<br>Facsimile: (212) 822-5285<br>Email: astone@milbank.com<br><br>*Attorney for Stipulating Defendants* |

IT IS SO ORDERED.

Dated:_____, 2011
    Wilmington, Delaware

_____
HONORABLE GREGORY M. SLEET
Chief Judge, United States District Court
for the District of Delaware