IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM A. NIESE, *et al.*,<br><br>Plaintiffs,<br>vs.<br><br>A.G. EDWARDS, INC., *et al.*,<br><br>Defendants. | Case No. 11-CV-00583-(GMS) |

## SECOND STIPULATION MODIFYING AND EXTENDING CERTAIN DEFENDANT'S TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

**WHEREAS**, Plaintiffs, 187 individual retirees and creditors of The Times Mirror Company, the Tribune Company ("**Tribune**") and/or one or more of 110 affiliates or subsidiaries of the Tribune Company (the "**Retiree Plaintiffs**") and Defendant Sanford C. Bernstein & Co., LLC (the "**Stipulating Defendant**"), by and through their undersigned counsel, executed that certain Stipulation Extending Certain Defendant's Time to Answer or Otherwise Respond to Complaint, dated October 31, 2011 (ECF Docket No. 54) (the "**First Stipulation**");

**WHEREAS**, pursuant to the terms of the First Stipulation, the time for the Stipulating Defendant to answer or otherwise respond to the Complaint was extended to, through and including December 1, 2011;

**WHEREAS**, the Retiree Plaintiffs and the Stipulating Defendant wish to further extend the time for the Stipulating Defendant to answer or otherwise respond to the Complaint.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT:**

1. Each of the WHEREAS clauses above is incorporated herein by reference as if fully set forth herein.

2. All of the provisions of the First Stipulation are incorporated herein by reference, except as otherwise expressly modified herein.

3. Retiree Plaintiffs and Stipulating Defendant hereby agree that the time for Stipulating Defendant to answer or otherwise respond to the Complaint is extended to, through and including **February 15, 2012**, subject to (x) any further order of the Bankruptcy Court or this Court, or (y) should this action be granted "tag along status" by an order of the Judicial Panel on Multidistrict Litigation ("**JPMDL**") in connection with the MDL Proceeding captioned *In re Tribune Fraudulent Conveyance Litigation* ("**MDL No. 2296**"), then any order of the JPMDL or the Court to which MDL No. 2296 is transferred.

4. A copy or facsimile of this Stipulation shall be deemed an original for all purposes.

[Signature Block On Next Page]

| | |
|---|---|
| HILLER & ARBAN, LLC | WOMBLE CARLYLE SANDRIDGE & RICE, PLLC |
| /s/ Adam Hiller | /s/ Kevin J. Mangan |
| Adam Hiller (DE No. 4105) | Kevin J. Mangan (#3810) |
| Brian Arban (DE No. 4511) | |
| 1500 North French Street, 2nd Floor | 222 Delaware Avenue, Suite 1501 |
| Wilmington, Delaware 19801 | Wilmington, DE 19801 |
| (302) 442-7676 telephone | |
| ahiller@hillerarban.com | |
| barban@hillerarban.com | Richard S. Miller |
| | Robert T. Honeywell |
| -and- | K&L Gates LLP |
| | 599 Lexington Avenue |
| Jay Teitelbaum, Esquire | New York, New York 10022 |
| Teitelbaum & Baskin, LLP | (212) 536-3900 |
| 1 Barker Avenue Third Floor | |
| White Plains, New York 10601 | Joseph C. Wylie II |
| Tel.: (914) 437-7670 | K&L Gates LLP |
| Email: jteitelbaum@tblawllp.com | 70 W. Madison St., Suite 3100 |
| | Chicago, IL 60602 |
| | (312) 372-1121 |
| *Attorneys for Plaintiffs* | |
| | *Attorneys for Sanford C. Bernstein & Co., LLC* |

IT IS SO ORDERED.

Dated:_____, 2011
   Wilmington, Delaware

_____
HONORABLE GREGORY M. SLEET
Chief Judge, United States District Court
for the District of Delaware