IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM A. NIESE, *et al.*,<br><br>  Plaintiffs,<br>vs.<br><br>A.G. EDWARDS, INC., *et al.*,<br><br>  Defendants. | Case No. 11-CV-00583-(GMS) |

### STIPULATION MODIFYING AND EXTENDING CERTAIN DEFENDANT'S TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

**WHEREAS**, Plaintiffs, 187 individual retirees and creditors of The Times Mirror Company, the Tribune Company ("**Tribune**") and/or one or more of 110 affiliates or subsidiaries of the Tribune Company (the "**Retiree Plaintiffs**") and Defendant U.S. Trust Company of Delaware (the "**Stipulating Defendant**"), by and through its undersigned counsel, wish to extend the time for the Stipulating Defendant to answer or otherwise respond to the Complaint.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT:**

1. Each of the WHEREAS clauses above is incorporated herein by reference as if fully set forth herein.

2. Retiree Plaintiffs and Stipulating Defendant hereby agree that the time for Stipulating Defendant to answer or otherwise respond to the Complaint is extended to, through and including **February 15, 2012**, subject to (x) any further order of this Court, or (y) should this action be granted "tag along status" by an order of the Judicial Panel on Multidistrict Litigation ("**JPMDL**") in connection

with the MDL Proceeding captioned *In re Tribune Fraudulent Conveyance Litigation* ("**MDL No. 2296**"), then any order of the JPMDL.

3. A copy or facsimile of this Stipulation shall be deemed an original for all purposes.

[Signature Block On Next Page]

| | |
|---|---|
| HILLER & ARBAN, LLC | PEPPER HAMILTON LLP |
| /s/ Adam Hiller | /s/ David B. Stratton |
| Adam Hiller (DE No. 4105) | David B. Stratton (DE No. 960) |
| Brian Arban (DE No. 4511) | John H. Schanne II (DE No. 5260) |
| 1500 North French Street, 2nd Floor | Hercules Plaza, Suite 5100 |
| Wilmington, Delaware 19801 | 1313 Market Street |
| (302) 442-7676 telephone | P.O. Box 1709 |
| ahiller@hillerarban.com | Wilmington, DE 19899-1709 |
| barban@hillerarban.com | Telephone: (302) 777-6500 |
| | Facsimile: (302) 421-8390 |

-and- (left)

-and- (right)

Jay Teitelbaum, Esquire
Teitelbaum & Baskin, LLP
1 Barker Avenue Third Floor
White Plains, New York 10601
Tel.: (914) 437-7670
Email: jteitelbaum@tblawllp.com

O'MELVENY & MYERS LLP
Daniel S. Shamah
Times Square Tower
7 Times Square
New York, New York 10036
(212) 326-2000

*Attorneys for Plaintiffs*

*Attorneys for U.S. Trust Company of Delaware*

IT IS SO ORDERED.

Dated:_____, 2011
    Wilmington, Delaware

_____
HONORABLE GREGORY M. SLEET
Chief Judge, United States District Court
for the District of Delaware