IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM A. NIESE, *et al.*,<br><br>Plaintiffs,<br>vs.<br><br>A.G. EDWARDS, INC., *et al.*,<br><br>Defendants. | Case No. 11-CV-00583-(GMS) |

### SECOND STIPULATION MODIFYING AND EXTENDING CERTAIN DEFENDANT'S TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

**WHEREAS**, Plaintiffs, 187 individual retirees and creditors of The Times Mirror Company, the Tribune Company ("**Tribune**") and/or one or more of 110 affiliates or subsidiaries of the Tribune Company (the "**Retiree Plaintiffs**") and Defendants **Northern Trust Global Advisors, Inc.** and **The Northern Trust Company** (the "**Stipulating Defendant(s)**"), by and through their under signed counsel, executed that certain Stipulation Extending Certain Defendant's Time to Answer or Otherwise Respond to Complaint, dated October 6, 2011 (ECF Docket No. 34) (the "**First Stipulation**");

**WHEREAS**, pursuant to the terms of the First Stipulation, the time for the Stipulating Defendant(s) to answer or otherwise respond to the Complaint was extended to, through and including December 1, 2011;

WHEREAS, the Retiree Plaintiffs and the Stipulating Defendant(s) wish to further extend the time for the Stipulating Defendant(s) to answer or otherwise respond to the Complaint.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT:**

1. Each of the WHEREAS clauses above is incorporated herein by reference as if fully set forth herein.

2. All of the provisions of the First Stipulation are incorporated herein by reference, except as otherwise expressly modified herein.

3. Retiree Plaintiffs and Stipulating Defendant(s) hereby agree that the time for Stipulating Defendant(s) to answer or otherwise respond to the Complaint is extended to, through and including **February 15, 2012**, subject to (x) any further order of this Court, or (y) should this action be granted "tag along status" by an order of the Judicial Panel on Multidistrict Litigation ("**JPMDL**") in connection with the MDL Proceeding captioned *In re Tribune Fraudulent Conveyance Litigation* ("**MDL No. 2296**"), then any order of the JPMDL.

4. A copy or facsimile of this Stipulation shall be deemed an original for all purposes.

[Signature Block On Next Page]

| | |
|---|---|
| HILLER & ARBAN, LLC | FULBRIGHT & JAWORSKI L.L.P. |
| *(signature)* | *(signature)* |
| Adam Hiller (DE No. 4105)<br>Brian Arban (DE No. 4511)<br>1500 North French Street, 2nd Floor<br>Wilmington, Delaware 19801<br>(302) 442-7676 telephone<br>ahiller@hillerarban.com<br>barban@hillerarban.com | David A. Rosenzweig<br>666 Fifth Avenue<br>New York, New York 10103<br>(212) 318-3000 Telephone<br>(212) 318-3400 Facsimile<br>drosenzweig@fulbright.com |
| -and- | *Attorneys for Northern Trust Global Advisors, Inc. and The Northern Trust Company* |
| Jay Teitelbaum, Esquire<br>Teitelbaum & Baskin, LLP<br>1 Barker Avenue Third Floor<br>White Plains, New York 10601<br>Tel.: (914) 437-7670<br>Email: jteitelbaum@tblawllp.com | |

*Attorneys for Plaintiffs*

IT IS SO ORDERED.

Dated:_____, 2011
      Wilmington, Delaware

_____
HONORABLE GREGORY M. SLEET
Chief Judge, United States District Court
for the District of Delaware