IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM A. NIESE, *et al.*, <br><br> Plaintiffs, <br> vs. <br><br> A.G. EDWARDS, INC., *et al.*, <br><br> Defendants. | Case No. 11-CV-00583-(GMS) |

### SUPPLEMENTAL DECLARATION OF JAY TEITELBAUM, ESQ. IN FURTHER SUPPORT OF RETIREE PLAINTIFFS' REPLY IN FURTHER SUPPORT OF MOTION TO STAY PROCEEDINGS, INCLUDING DEFENDANTS' TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT

Jay Teitelbaum, an attorney admitted to practice in the State of New York, declares the following pursuant to 28 USC § 1746:

1. I am partner of the firm of Teitelbaum & Baskin, LLP, lead counsel of record for Plaintiffs, who are 187 individual retirees of The Times Mirror Company, the Tribune Company ("**Tribune**") and/or one or more of 110 affiliates or subsidiaries of the Tribune Company ("**Tribune Entities**"), whom are individual creditors of Tribune and/or one or more of the Tribune Entities, holding claims in excess of $109 Million as a result of unpaid retirement benefits (the "**Retiree Plaintiffs**").

2. I submit this supplemental declaration in further support of Plaintiffs' Reply in Further Support of the Motion to Stay These Proceedings, Including Defendants' Time to Answer or Otherwise Respond to the Complaint (the "**Reply**" – ECF Docket 63). I make this affirmation upon my personal knowledge unless otherwise stated.

1

3. As advised in the Reply, the stay motions filed by Retiree Plaintiffs were granted in each of the (i) New York Retiree Action captioned *William A. Niese et al. v. AllianceBernstein, L.P. et al.* 11-CV-4538 pending in the Southern District of New York by order entered October 25, 2011 and signed by the Honorable Richard J. Holwell (a true and accurate copy of which is annexed hereto as **Exhibit A**); and (ii) Illinois Retiree Action captioned *William A. Niese et al. v. ABN AMRO Clearing Chicago, LLC, et al.* 11-CV-5155 pending in the Northern District of Illinois by order entered November 1, 2011 and signed by the Honorable Joan H. Lefkow (a true and accurate copy of which is annexed hereto as **Exhibit B**).

4. On November 22, 2011, Retiree Plaintiffs' stay motion filed in the California Retiree Action captioned *William A. Niese, et al. v. Chandler Trust No. 1, et al.* 11-CV-7577 pending in the United States District Court for the Central District of California was granted by order signed by the Honorable Philip S. Gutierrez (a true and accurate copy of which is annexed hereto as **Exhibit C**).

I declare under penalty of perjury that the foregoing is true and correct. Executed this 29th day of November 2011.

                                                   **/S/ Jay Teitelbaum**
                                                   Jay Teitelbaum

# EXHIBIT A

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/25/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------
William A. Niese, et al.
          Plaintiffs

v.

Alliance Bernstein, L.P.
          Defendant
---------------------------------------------------

11 Civ. 4538 (RJH)

ORDER STAYING DEFENDANTS' TIME
TO ANSWER OR OTHERWISE
RESPOND TO THE COMPLAINT

Upon consideration of plaintiffs' motion [77], defendants' time to answer or otherwise respond to the Amended Complaint in this action is hereby stayed until further order of this Court.

This stay does not bar, but instead permits plaintiffs to

(a)     complete service of the Complaint to the extent service of process has not been completed as of the date hereof;

(b)     further amend the Complaint or file a motion for leave to further amend the Complaint;

(c)     voluntarily dismiss this action or one or more defendants pursuant to Federal Rule of Civil Procedure 41;

(d)     move to add or drop a party or to sever any claim against a party pursuant to Federal Rule of Civil Procedure 21; and

(e)     file a Rule 26(d)(1) motion seeking leave of the court to conduct early discovery as may be necessary solely for the purpose of preventing applicable statutes of limitation or other time-related defenses from barring any state law constructive fraudulent conveyance claims against any former Tribune

shareholder to recover stock redemption/purchase payments made to such shareholders in connection with the 2007 Tribune LBO.

This stay does not bar, but instead permits any party to file any necessary pleadings with the Judicial Panel on Multidistrict Litigation (the "MDL") in connection with MDL No. 2296, captioned as *In re Tribune Fraudulent Conveyance Litigation* ("MDL No. 2296") so as to preserve the party's rights to the extent necessary in connection with MDL No. 2296.

Notwithstanding the Stay, all Defendants or their counsel are required to enter an appearance in this case within 30 days after the latter of entry of this Order or service of the Amended Complaint upon Defendant, without prejudice to any defenses or positions that Defendant may have.

Notwithstanding the Stay, Defendants are permitted to file responses to any motions Plaintiffs make pursuant to this Order.

Notwithstanding the Stay, any Defendant who was not provided with notice of Plaintiffs' motion prior to entry of this Order, because such defendant had not yet been served with the Complaint or Amended Complaint or appeared in the action, may move this Court at any time to vacate or modify this Order upon notice to Plaintiffs and all other Defendants in this action.

At such time as the Stay is lifted or terminates, the schedule for answering or otherwise responding to the Amended Complaint will be set by this court, or by the transferee court in MDL 2296.

SO ORDERED.

Dated: New York, New York
       October 24, 2011

Richard J. Holwell
United States District Judge

# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

------------------------------------------------------------x
William A. Niese *et al.*
         Plaintiffs,

vs.

ABN AMRO Clearing Chicago LLC *et al.*,

         Defendants.
------------------------------------------------------------x

JUDGE JOAN H. LEFKOW

Case No. 11-CV-5155-(JHL)

## ORDER

Upon consideration of Plaintiffs' Motion to Stay Proceedings, Including Defendants' Time to Answer or Otherwise Respond to Complaint (the "Motion"), the accompanying Declaration of Jay Teitelbaum, Esq., dated October 10, 2011 and the exhibits annexed thereto, and the accompanying Memorandum of Law, dated October 10, 2011, in support of the Motion, and upon all prior pleadings and proceedings in this action, it is hereby ORDERED that the Motion is GRANTED and:

**ORDERED** that this action is stayed, including the filing of any answers, motions or discovery requests, until further order of the United States Bankruptcy Court for the District of Delaware in *In re Tribune Co.*, No. 08-13141 (KJC) or further order of this Court (the "Stay");

**ORDERED** that any applicable deadlines under Federal Rule of Civil Procedure 26 (and any local counterparts) are also suspended during the pendency of the Stay;

**ORDERED** that the Stay does not bar, but instead permits the Plaintiffs to (a) complete service of the Complaint to the extent service of process has not been completed as of the date hereof; (b) further amend the Complaint or file a motion for leave to further amend the Complaint; (c) voluntarily dismiss this action or one or more Defendants named herein pursuant to Federal Rule of Civil Procedure 41; (d) move to add or drop a party or to sever any claim against a party pursuant to Federal Rule of Civil Procedure 21; and (e) file a Rule 26(d)(1) motion seeking leave of the Court to conduct early discovery as may be necessary solely for the purpose of preventing applicable statutes of limitation or other time-related defenses from barring any state law constructive fraudulent conveyance claims against any former Tribune shareholder to recover stock redemption/purchase payments made to such shareholders in connection with the 2007 Tribune LBO;

**ORDERED** that the Stay does not bar, but instead permits Defendants to file responses to any motions Plaintiffs make during the Stay;

**ORDERED** that the Stay does not bar, but instead permits any party to file any necessary pleadings with the Judicial Panel on Multidistrict Litigation in connection with MDL No. 2296, captioned as *In re Tribune Fraudulent Conveyance Litigation* ("<u>MDL No. 2296</u>") so as to reserve Plaintiffs' and Defendants' rights to the extent necessary in connection with MDL No. 2296;

**ORDERED** that each Defendant or their counsel shall enter an appearance in the action, without prejudice to any defenses that any Defendant may have, so that they or their counsel are known, and to better facilitate service of further notices, orders, or pleadings upon them in the action; and

**ORDERED** that, at the time the Stay terminates, the schedule for answering or otherwise responding to the Complaint will be set by this Court, or the transferee court in MDL 2296.

This Order is without prejudice to any further motion by Plaintiffs or any of the Defendants to alter or seek other relief from the Stay.

Nothing in this Order shall prejudice or impair any defenses, objections or claims of any of the Plaintiffs or Defendants in any proceeding. In entering this Order, the Court makes no finding, and issues no ruling, determining any issues of fact or law.

Dated: *November 1, 2011*

*[signature]*
United States District Judge

# EXHIBIT C

E-FILED: 11-22-2011
link 13
Nov. 28 hrg vacated

JEFFREY M. JUDD (SBN 136358)
JUDD LAW GROUP
222 Sutter Street, Suite 600
San Francisco, California 94108
Telephone: 415.597.5500
Facsimile: 888.308.7686
Email: jeff@juddlawgroup.com

JAY TEITELBAUM (*pro hac vice*)
TEITELBAUM & BASKIN LLP
1 Barker Avenue, Third Floor
White Plains, New York 10601
Tel.: (914) 437-7670
Email: jteitelbaum@tblawllp.com

Attorneys for Plaintiffs.

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM A. NIESE, et al., <br> Plaintiffs, <br> vs. <br> CHANDLER TRUST NO. 1, et al., <br> Defendants. | No. 2:11-CV-7577-PSG (PLAx) <br><br> [~~PROPOSED~~] **ORDER GRANTING PLAINTIFFS' MOTION TO STAY PROCEEDING** |

Upon consideration of Plaintiffs' Motion to Stay Proceedings, Including Defendants' Time to Answer or Otherwise Respond to Complaint (the "**Motion**"), the accompanying Declaration of Jay Teitelbaum, Esq., dated October 12, 2011 and the exhibits annexed thereto, and the accompanying Memorandum of Law, dated October 12, 2011, in support of the Motion, and upon all prior pleadings and proceedings in this action, and for good cause shown, it is hereby ORDERED that the Motion is GRANTED and:

1   These proceedings, including the filing of any answers, motions or discovery
2   requests, are hereby stayed until further order of this Court;
3   The foregoing stay does not bar, but instead permits Plaintiffs to (a) complete
4   service of the Complaint to the extent service of process has not been completed as of
5   the date hereof; (b) further amend the Complaint or file a motion for leave to further
6   amend the Complaint; (c) voluntarily dismiss this action or one or more Defendants
7   named herein pursuant to Federal Rule of Civil Procedure 41; (d) move to add or drop a
8   party or to sever any claim against a party pursuant to Federal Rule of Civil Procedure
9   21; and (e) file a Rule 26(d)(1) motion seeking leave of the Court to conduct early
10  discovery as may be necessary solely for the purpose of preventing applicable statutes
11  of limitation or other time-related defenses from barring any state law constructive
12  fraudulent conveyance claims against any former Tribune shareholder to recover stock
13  redemption/purchase payments made to such shareholders in connection with the 2007
14  Tribune LBO;
15  The foregoing stay does not bar, but instead permits any party to file any
16  necessary pleadings with the Judicial Panel on Multidistrict Litigation in connection
17  with MDL No. 2296, captioned as *In re Tribune Fraudulent Conveyance Litigation*
18  ("**MDL No. 2296**") so as to reserve Plaintiffs' rights to the extent necessary in
19  connection with MDL No. 2296;
20  Each Defendant or their counsel, shall enter an appearance in the action, so that
21  they or their counsel are known to this Court, and to better facilitate service of further
22  notices, orders, or pleadings upon them in the action; and
23  At such time the foregoing stay terminates, the schedule for answering or
24  otherwise responding to the Complaint will be set by this Court, or the transferee court
25  in MDL 2296, as applicable.
26  This Order is without prejudice to any further motion by Plaintiffs or any of the
27  Defendants to alter or seek other relief from the Stay.
28

1 | Nothing in this Order shall prejudice or impair any defenses, objections or claims
2 | of any of the Plaintiffs or Defendants in any proceeding.
3 | **IT IS SO ORDERED.**

5 | Dated: November 22, 2011        **PHILIP S. GUTIERREZ**
6 |                                 Judge, United States District Court