IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---

WILLIAM A. NIESE, *et al.*,

        Plaintiffs,

vs.

A.G. EDWARDS, INC., *et al.*,

        Defendants.

Case No. 11-CV-00583-(GMS)

---

## SECOND STIPULATION MODIFYING AND EXTENDING CERTAIN DEFENDANT'S TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

**WHEREAS**, Plaintiffs, 187 individual retirees and creditors of The Times Mirror Company, the Tribune Company ("**Tribune**") and/or one or more of 110 affiliates or subsidiaries of the Tribune Company (the "**Retiree Plaintiffs**") and Defendant Davenport & Company LLC (the "**Stipulating Defendant(s)**"), by and through their under signed counsel, executed that certain Stipulation Extending Certain Defendant's Time to Answer or Otherwise Respond to Complaint, dated October 31, 2011 (ECF Docket No. 55) (the "**First Stipulation**");

**WHEREAS**, pursuant to the terms of the First Stipulation, the time for the Stipulating Defendant(s) to answer or otherwise respond to the Complaint was extended to, through and including December 1, 2011;

**WHEREAS**, the Retiree Plaintiffs and the Stipulating Defendant(s) wish to further extend the time for the Stipulating Defendant(s) to answer or otherwise respond to the Complaint.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT:**

1. Each of the WHEREAS clauses above is incorporated herein by reference as if fully set forth herein.

2. All of the provisions of the First Stipulation are incorporated herein by reference, except as otherwise expressly modified herein.

3. Retiree Plaintiffs and Stipulating Defendant(s) hereby agree that the time for Stipulating Defendant(s) to answer or otherwise respond to the Complaint is extended to, through and including **February 15, 2012**, subject to (x) any further order of this Court, or (y) should this action be granted "tag along status" by an order of the Judicial Panel on Multidistrict Litigation ("**JPMDL**") in connection with the MDL Proceeding captioned *In re Tribune Fraudulent Conveyance Litigation* ("**MDL No. 2296**"), then any order of the JPMDL.

4. A copy or facsimile of this Stipulation shall be deemed an original for all purposes.

[Signature Block On Next Page]

HILLER & ARBAN, LLC

Adam Hiller (DE No. 4105)
Brian Arban (DE No. 4511)
1500 North French Street, 2nd Floor
Wilmington, Delaware 19801
(302) 442-7676 telephone
ahiller@hillerarban.com
barban@hillerarban.com

-and-

Jay Teitelbaum, Esquire
Teitelbaum & Baskin, LLP
1 Barker Avenue Third Floor
White Plains, New York 10601
Tel.: (914) 437-7670
Email: jteitelbaum@tblawllp.com

*Attorneys for Plaintiffs*

IT IS SO ORDERED.

Dated:_____, 2011
            Wilmington, Delaware

WHITE AND WILLIAMS LLP

Christian J. Singewald (DE NO. 3542)
824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709
Phone: 302.654.0424
singewaldc@whiteandwilliams.com

*Attorneys for Davenport & Company LLC*

_____
HONORABLE GREGORY M. SLEET
Chief Judge, United States District Court
for the District of Delaware