IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM A. NIESE, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> A.G. EDWARDS, INC., *et al.*, <br><br> Defendants. | Case No. 11-CV-00583-(GMS) |

### SECOND STIPULATION MODIFYING AND EXTENDING THE TIME TO RESPOND TO COMPLAINT FOR DEFENDANTS A.G. EDWARDS, INC.; A.G. EDWARDS & SONS, LLC; A.G. EDWARDS PRIVATE EQUITY PARTNERS III, L.P.; FIRST CLEARING LLC; AND WELLS FARGO INVESTMENT, LLC

**WHEREAS**, Plaintiffs, 187 individual retirees and creditors of The Times Mirror Company, the Tribune Company ("**Tribune**") and/or one or more of 110 affiliates or subsidiaries of the Tribune Company (the "**Retiree Plaintiffs**") and Defendants A.G. Edwards, Inc.; A.G. Edwards & Sons, LLC; A.G. Edwards Private Equity Partners III, L.P.; First Clearing LLC; and Wells Fargo Investment, LLC (the "**Stipulating Defendant(s)**"), by and through their under signed counsel, executed that certain Stipulation extending the Stipulating Defendants' time to answer, move or otherwise respond to the Complaint, dated October 5, 2011 (ECF Docket No. 33) (the "**First Stipulation**");

**WHEREAS**, pursuant to the terms of the First Stipulation, the time for the Stipulating Defendant(s) to answer, move or otherwise respond to the Complaint was extended to, through and including December 1, 2011;

WHEREAS, the Retiree Plaintiffs and the Stipulating Defendants wish to further extend the time for the Stipulating Defendants to answer, move, or otherwise respond to the Complaint.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT:**

1. Each of the WHEREAS clauses above is incorporated herein by reference as if fully set forth herein.

2. All of the provisions of the First Stipulation are incorporated herein by reference, except as otherwise expressly modified herein.

3. Retiree Plaintiffs and Stipulating Defendants hereby agree that the time for Stipulating Defendant(s) to answer, move, or otherwise respond to the Complaint is extended to, through and including **February 15, 2012**, subject to (x) any further order of this Court, or (y) should this action be granted "tag along status" by an order of the Judicial Panel on Multidistrict Litigation ("**JPMDL**") in connection with the MDL Proceeding captioned *In re Tribune Fraudulent Conveyance Litigation* ("**MDL No. 2296**"), then any order of the JPMDL.

4. A copy or facsimile of this Stipulation shall be deemed an original for all purposes.

[Signature Block On Next Page]

HILLER & ARBAN, LLC

*/s/ Adam Hiller*

Adam Hiller (DE No. 4105)
Brian Arban (DE No. 4511)
1500 North French Street, 2nd Floor
Wilmington, Delaware 19801
(302) 442-7676 telephone
ahiller@hillerarban.com
barban@hillerarban.com

-and-

Jay Teitelbaum, Esquire
Teitelbaum & Baskin, LLP
1 Barker Avenue Third Floor
White Plains, New York 10601
Tel.: (914) 437-7670
Email: jteitelbaum@tblawllp.com

*Attorneys for Plaintiffs*

IT IS SO ORDERED.

Dated: _____, 2011
      Wilmington, Delaware

PROSKAUER ROSE LLP

*/s/ David Mordkoff by Adam Hiller with permission*

Stephen L. Ratner
Harry Frischer
David S. Mordkoff
Eleven Times Square
New York, New York 10036
(212) 969-3000
Fax: (212) 969-2900
sratner@proskauer.com
hfrischer@proskauer.com
dmordkoff@proskauer.com

*Attorneys for the Stipulating Defendants*

_____
HONORABLE GREGORY M. SLEET
Chief Judge, United States District Court
for the District of Delaware