**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT COURT OF DELAWARE**

| | |
|---|---|
| WILLIAM A. NIESE, et al., § | |
| § | |
| Plaintiffs, § | |
| § | |
| v.  § | Civil Action No. 11-583-GMS |
| § | |
| A. G. EDWARDS INC. et al., § | |
| § | |
| Defendants, § | |

**STIPULATION AND PROPOSED ORDER BY AND BETWEEN PLAINTIFFS AND DEFENDANT USAA INVESTMENT MANAGEMENT COMPANY**

**WHEREAS**, Plaintiffs, 187 individual retirees of The Times Mirror Company, the Tribune Company ("**Tribune**") and/or one or more of 110 affiliates or subsidiaries of the Tribune Company ("**Tribune Entities**" or "**Debtors**"), commenced this action and filed their Complaint on June 2, 2011 (the "**Complaint**") in the Delaware Superior Court, County of New Castle (Case No. N11C-06-00015);

**WHEREAS**, pursuant to that certain Notice of Removal dated July 1, 2011, this action was removed to the United States District Court for the District of Delaware (Case No. 11-CV-00583-GMS);

**WHEREAS**, on September 27, 2011, Defendant USAA Investment Management Company ("**USAA IMCO**") filed a motion to dismiss the complaint as against USAA IMCO ("**USAA IMCO's Motion to Dismiss**"; Docket Nos. 20, 21, 22 & 23);

**WHEREAS**, on October 10, 2011, Plaintiffs filed a Motion to Stay Proceedings, including All Defendants' Time to Answer or Otherwise Respond to the Complaint ("**Plaintiffs' Stay Motion**"; Docket Nos. 35, 36 & 37);

**WHEREAS**, on October 14, 2011, Plaintiffs filed a motion to extend their time to respond to Defendant USAA IMCO's Motion to Dismiss (the "**Motion to Extend**"; Docket No. 41);

**WHEREAS**, on October 27, 2011, USAA IMCO filed its Answering Brief Opposing Plaintiffs' Stay Motion ("**USAA IMCO's Opposition to Stay Motion**"; Docket No. 52);

**WHEREAS**, on November 4, 2011, USAA IMCO filed its Response to Plaintiffs' Motion to Extend (Docket No. 60);

**WHEREAS**, on November 18, 2011, Plaintiffs filed their (i) Reply In Further Support of the Stay Motion (Docket No. 63 & 64); and (ii) Reply In Further Support of the Motion to Extend (Docket No. 65);

**WHEREAS**, Plaintiffs intend to amend the Complaint (the "**First Amended Complaint**"), whereby certain defendants will be added to or removed from the caption of the Complaint and/or Exhibit C of the Complaint;

**WHEREAS**, the allegations against USAA IMCO set forth in the First Amended Complaint shall remain exactly the same as those set forth in the Complaint; and

**WHEREAS**, Plaintiffs have requested USAA IMCO's consent pursuant to Federal Rule of Civil Procedure ("**FRCP**") 15(a)(2) to file the First Amended Complaint.

**NOW**, **THEREFORE**, it is hereby STIPULATED AND AGREED, subject to the approval of the Court, as follows:

1. Each of the WHEREAS clauses above is incorporated herein by reference as if fully set forth herein.

2. Plaintiffs and USAA IMCO hereby agree that each of their respective motions, responses to such motions and replies in further support of any such motions, along with all supporting documents filed therewith (collectively, the "**Pleadings**"), shall apply to the First Amended Complaint to the same extent as each applies to the Complaint; and further any reference in any of the Pleadings to the Complaint shall be deemed to refer to the First Amended Complaint (as applicable).

3. USAA IMCO hereby consents pursuant to FRCP 15(a)(2), and consistent with the terms of this Stipulation, to the filing by Plaintiffs of the First Amended Complaint.

| HILLER & ARBAN, LLC | PEPPER HAMILTON LLP |
|---|---|
| /s/ Adam Hiller | /s/ Albert H. Manwaring |
| Adam Hiller (#4105) | Albert H. Manwaring, IV (#4339) |
| Brian L. Arban (#4511) | James H. S. Levine (#5355) |
| 1500 North French Street, 2nd Floor | Hercules Plaza, Suite 5100 |
| Wilmington, DE 19801 | 1313 N. Market Street, P.O. Box 1709 |
| Telephone: (302) 442-7677 | Wilmington, DE 19801 |
| Facsimile: (302) 213-0043 | Telephone: (302) 777-6500 |
| ahiller@hillerarban.com | Facsimile: (302) 421-8390 |
| | manwaringa@pepperlaw.com |
| *Attorneys for Plaintiffs* | levinejh@pepperlaw.com |
| | |
| | *Attorneys for Defendant USAA Investment Management Company* |
| Dated: December 19, 2011 | |

It is **SO ORDERED.**

Dated: _____, 2011            _____
                                                                       The Honorable Gregory M. Sleet
                                                                       Chief United States District Judge