# EXHIBIT C

# EXHIBIT C

| Confidential Stock Transferees | Additional Confidential Transferee Information | Address | City | State | Zip |
|---|---|---|---|---|---|
| PCRG | TMS/ITS SETT A/C FOR 05602646 | DCG Services, Inc.100 South Rockland Falls Road, P.O. Box 4175 | WILMINGTON | DE | 19807 |
| ABSOLUTE ALPHA FUND LP | TMS/ITS SETT A/C FR AGORALOGOS | 2711 CENTERVILLE ROAD SUITE 400 | WILMINGTON | DE | 19808-1645 |
| RELATIVE VALUE FD LP | HIGHBRIDGE EVENT DRVIEN RE HIGHBRIDGE CAP MGMT LLC | 1209 ORANGE ST | WILMINGTON | DE | 19801 |
| SECURITIES LLC | TMS/ITS A/C FOR REVERE STREET | National Corporate Research, Ltd. 615 SOUTH DUPONT HIGHWAY | DOVER | DE | 19901 |
| ULTRA SELECT LP | TMS/ITS SETT A/C FOR TRADEWORX C/O CORP SERVICE COMPANY | 2711 CENTERVILLE RD SUITE 400 | WILMINGTON | DE | 19808-1645 |
| PPFC, INC. | ATTN: DANIEL BRAIDWOOD | 163 BELLEVUE PARKWAY | WILMINGTON | DE | 19809 |
| PCRG | TMS/ITS SETT A/C FOR 05602646 | DCG Services, Inc.100 South Rockland Falls Road, P.O. Box 4175 | WILMINGTON | DE | 19807 |
| PCRG | TMS/ITS SETT A/C FOR 05602645 | DCG Services, Inc.100 South Rockland Falls Road, P.O. Box 4175 | WILMINGTON | DE | 19807 |
| INVESCO SPG INDEX TRUST | INVESCO SPG INDEX TRUST | 4005 KENNETT PIKE SUITE 250 | GREENVILLE | DE | 19807 |
| NEXUS MULTI STRATEGY FD SPV I | TMS/ITS SETT A/C FOR AGILE LLC (TRADEWORX) | 1209 ORANGE STREET | WILMINGTON | DE | 19801-1120 |
| **Added December 2011** | | | | | |
| Canyon Capital Advisors, LLC | c/o National Research Advisors, Ltd. | 615 South Dupont Hwy. | Dover | DE | 19901 |
| Canyon Balanced Master Fund, Ltd. (fka Canyon Balanced Equity Master Fund, Ltd.) | c/o National Research Advisors, Ltd. | 615 South Dupont Hwy | Dover | DE | 19901 |
| Citi Canyon Ltd. | c/o National Research Advisors, Ltd. | 615 South Dupont Hwy | Dover | DE | 19901 |
| The Canyon Value Realization Master Fund, L.P. (fka The Canyon Value Realization Fund Limited) | c/o National Research Advisors, Ltd. | 615 South Dupont Hwy | Dover | DE | 19901 |
| Lyxor/Canyon Value Realization Fund Limited | c/o National Research Advisors, Ltd. | 615 South Dupont Hwy | Dover | DE | 19901 |
| Canyon Value Realization MAC 18 Ltd. | c/o National Research Advisors, Ltd. | 615 South Dupont Hwy | Dover | DE | 19901 |
| Canyon Value Realization Fund, L.P. | c/o National Research Advisors, Ltd. | 615 South Dupont Hwy | Dover | DE | 19901 |
| Argyll Research, LLC | c/o Corporation Service Company | 2711 Centerville Road, Suite 400 | Wilmington | DE | 19808 |
| Wilshire Variable Insurance Trust | c/o Corporation Service Company | 2711 Centerville Road, Suite 400 | Wilmington | DE | 19808 |
| Wilshire Variable Insurance Trust Equity Fund | c/o Corporation Service Company | 2711 Centerville Road, Suite 400 | Wilmington | DE | 19808 |
| Wilshire Variable Insurance Trust Socially Responsible Fund | c/o Corporation Service Company | 2711 Centerville Road, Suite 400 | Wilmington | DE | 19808 |
| Nuclear Electric Insurance Limited | Attn: Robert N. MacGovern, Jr. | 1201 N. Market Street, Suite 1100 | Wilmington | DE | 19801 |
| The Northern Trust Company as Trustee for Northern Large Cap Value Fund | | 1201 North Market Street | Wilmington | DE | 19801 |
| The Northern Trust Company as Trustee for NT Collective S&P 500 Index Fund | | 1201 North Market Street | Wilmington | DE | 19801 |
| The Northern Trust Company as Trustee for NT Collective S&P 500 Index Fund | | 1201 North Market Street | Wilmington | DE | 19801 |
| The Northern Trust Company as Trustee for Dorothy C. Patterson Irrev Trust #2 U/A/D 12-21-93 | | 1201 North Market Street | Wilmington | DE | 19801 |
| The Northern Trust Company as Trustee for NT Collective Russell 1000 Value Index Fund -Lending | | 1201 North Market Street | Wilmington | DE | 19801 |
| The Northern Trust Company as Trustee for Charles T. and Mary Howe Brumback Descendants Trust | | 1201 North Market Street | Wilmington | DE | 19801 |
| The Northern Trust Company as Trustee for NT Collective Mid Cap Value Sudan Free Fund AFEBT | | 1201 North Market Street | Wilmington | DE | 19801 |
| The Northern Trust Company as Trustee for NTCC Channing Mid Cap Value Index Fund - Non Lending | | 1201 North Market Street | Wilmington | DE | 19801 |
| The Northern Trust Company as Trustee for NT Collective S&P 500 Equity Index Fund - Lending | | 1201 North Market Street | Wilmington | DE | 19801 |
| The Northern Trust Company as Trustee for NTGI-QM Common Daily S&P 500 Equity Index Fund - Lending | | 1201 North Market Street | Wilmington | DE | 19801 |
| The Northern Trust Company as Trustee for Barbara M. J. Wood Living Trust U/A/D 9/17/81 | | 1201 North Market Street | Wilmington | DE | 19801 |
| The Northern Trust Company as Trustee for NTGI-QM Collective US MarketCap Equity Index Fund – Lending | | 1201 North Market Street | Wilmington | DE | 19801 |
| The Northern Trust Company as Trustee for Caroline D. Bradley Trust dated 11/30/51 FBO Sarah Doll Barder | | 1201 North Market Street | Wilmington | DE | 19801 |
| The Northern Trust Company as Trustee for Northern Multi-Manager Mid Cap Fund -LSV Asset Management | | 1201 North Market Street | Wilmington | DE | 19801 |
| The Northern Trust Company Pension Trust | | 1201 North Market Street | Wilmington | DE | 19801 |
| The Northern Trust Company as Trustee for NTCC Advisors Funds for Employee Benefit Trust | | 1201 North Market Street | Wilmington | DE | 19801 |
| The Northern Trust Company as Trustee for HAROLD R. UFVEN DAHL TRUST U/A/D 9/7/1988 | | 1201 North Market Street | Wilmington | DE | 19801 |
| The Northern Trust Company as Trustee for NTGI-QM Collective Daily US MarketCap Equity Special Purpose index Fund - Lending | | 1201 North Market Street | Wilmington | DE | 19801 |
| The Northern Trust Company as Trustee for DOROTHY PATTERSON GUARDIANSHIP | | 1201 North Market Street | Wilmington | DE | 19801 |
| The Northern Trust Company as Trustee for ELEANOR JACKSON STERN TRUST DATED 01/06/1971 | | 1201 North Market Street | Wilmington | DE | 19801 |
| The Northern Trust Company as Trustee for William Bross Lloyd Jr. New York Trust dated July 18, 1968 | | 1201 North Market Street | Wilmington | DE | 19801 |
| The Northern Trust Company as Trustee for Jessie Ball DuPont Fund | | 1201 North Market Street | Wilmington | DE | 19801 |
| The Northern Trust Company as Trustee for NTGI-QM Collective Daily Quant Pan S&P 500 Equity Fund – Lending | | 1201 North Market Street | Wilmington | DE | 19801 |
| The Northern Trust Company as Trustee for NTGI-QM Common Daily S&P500 Equity Index Fund - Non Lending | | 1201 North Market Street | Wilmington | DE | 19801 |
| The Northern Trust Company as Trustee for Northern Stock Index Fund | | 1201 North Market Street | Wilmington | DE | 19801 |
| The Northern Trust Company as Trustee for Northern Institutional Fund Equity Index Portfolio | | 1201 North Market Street | Wilmington | DE | 19801 |
| The Northern Trust Company as Trustee for First Bank & Trust of Evanston | | 1201 North Market Street | Wilmington | DE | 19801 |
| The Northern Trust Company as Trustee for TERRY DIAMOND IRA | | 1201 North Market Street | Wilmington | DE | 19801 |
| The Northern Trust Company as Trustee for HOWARD F. AHMANSON JR. REVOCABLE TRUST | | 1201 North Market Street | Wilmington | DE | 19801 |
| The Northern Trust Company as Trustee for NTGI-QM Collective Daily S&P500 Citigroup/Value Equity Index Fund - Lending | | 1201 North Market Street | Wilmington | DE | 19801 |
| The Northern Trust Company as Trustee for The Marni Horwitz Trust Dated January 22, 1998 | | 1201 North Market Street | Wilmington | DE | 19801 |
| The Northern Trust Company as Trustee for Northern Enhanced large Cap Fund | | 1201 North Market Street | Wilmington | DE | 19801 |

| Name | Address | City | State | Zip |
|---|---|---|---|---|
| The Northern Trust Company as Trustee for ALPHEUS L ELUS 1993 GRANDCHILDREN'S TRUST FBO HELEN JO CAHALIN | 1201 North Market Street | Wilmington | DE | 19801 |
| The Northern Trust Company as Trustee for ELMER H. WAVERING FAMILY TRUST DATED 06/24/1977 AS AMENDED | 1201 North Market Street | Wilmington | DE | 19801 |
| The Northern Trust Company as Trustee for ALPHEUS L ELUS 1993 GREAT GRANDCHILDREN'S TRUST | 1201 North Market Street | Wilmington | DE | 19801 |
| The Northern Trust Company as Trustee for NTCC Channing Mid Cap Value AFEBT | 1201 North Market Street | Wilmington | DE | 19801 |
| The Northern Trust Company as Trustee for ALPHEUS L ELUS 1993 TRUST FBO CAROL MARTIN | 1201 North Market Street | Wilmington | DE | 19801 |
| The Northern Trust Company as Trustee for RUSSELL T. STERN TRUST B | 1201 North Market Street | Wilmington | DE | 19801 |
| The Northern Trust Company as Trustee for ALPHEUS L ELUS 1993 GRANDCHILDREN'S TRUST FBO CHRISTINE GAGNON | 1201 North Market Street | Wilmington | DE | 19801 |
| The Northern Trust Company as Trustee for ALPHEUS L ELUS 1993 GRANDCHILDREN'S TRUST FBO LYNN ANN SHARPE | 1201 North Market Street | Wilmington | DE | 19801 |