**Transferred case has been opened**
**NYSD_ECF_Pool** to: InterDistrictTransfer_DED         01/25/2012 12:03 PM

CASE: 1:11-cv-00583

DETAILS: Case transferred from Delaware has been opened in Southern District of New York as case 1:12-cv-00551, filed 01/24/2012.